UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES KLAVER,

        Plaintiff,

v.                                 Case No. 2:15-cv-11680
                                  Hon. Victoria A. Roberts

COUNTY OF WAYNE, ET AL.,

        Defendants.
_____/

**OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE**

This is a civil rights complaint filed under 42 U.S.C. § 1983. Plaintiff Charles Klaver, who is incarcerated at the Wayne County Jail, asserts in his pro se complaint that he was subjected to abuse and mistreatment by twenty-one named Defendants.

On May 14, 2015, the Court issued two Orders to Correct Deficiency [Dkt. Nos. 3 and 4] because Plaintiff failed to submit the filing fee or an application to proceed without prepaying fees or costs, and because he failed to file a sufficient number of copies of his complaint to serve on all twenty-one Defendants. The Court required Plaintiff to correct the deficiencies within 30 days. The Court cautioned Plaintiff that if he failed to correct the filing deficiencies, then the complaint would be subject to dismissal for want of prosecution. Plaintiff has filed application to proceed without prepaying fees or costs, but he has not filed the additional copies of his complaint. The time for correcting that deficiency has now elapsed.

Accordingly, IT IS ORDERED that Plaintiff's complaint [Dkt. No. 1] is DISMISSED WITHOUT PREJUDICE for want of prosecution.

                                                  S/Victoria A. Roberts
                                                 Hon. Victoria A. Roberts
                                                 United States District Judge

Dated: June 29, 2015