UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES KLAVER,

        Plaintiff,

v.                                                         Case No.  2:15-cv-11680
                                                         Hon. Victoria A. Roberts

COUNTY OF WAYNE, ET AL.,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S "MOTION FOR LEAVE TO APPEAL OR FIND DEFENDANT IN CONTEMPT OF COURT" [Dkt. 10]**

This is a civil rights complaint filed under 42 U.S.C. § 1983. Plaintiff Charles Klaver, who is incarcerated at the Wayne County Jail, asserts in his pro se complaint that he was subjected to abuse and mistreatment by twenty-one named Defendants.

As explained in this Court's previous order, Plaintiff did not file enough copies of his complaint for service, and he failed to correct the filing deficiency in the time provided by the Court. This resulted in the dismissal of the case without prejudice to Plaintiff re-filing in accordance with the rules.

Before the Court is Plaintiff's "Motion for leave to appeal or find defendant in contempt of court." [Dkt. 10]. The motion alleges that on June 18, 2015, Plaintiff had a deputy at the jail make twenty-one copies of his complaint and that the housing officer placed the copies in the U.S. mail bag to be sent to the Court. Id., p. 1.

In fact, since the Court issued its May 14, 2015 deficiency order, it has received only nine additional copies of the complaint. These copies were mailed and received individually, belying Plaintiff's allegations. Accordingly, the Court rejects Plaintiff's allegation that all twenty-one copies were made and mailed at the same time as untrue.

Therefore, Plaintiff's "Motion for leave to appeal or find defendant in contempt of court" is

DENIED and this case will remain closed.

S/Victoria A. Roberts
Hon. Victoria A. Roberts
United States District Judge

Dated:  July 27, 2015

> The undersigned certifies that a copy of this document was served on the attorneys of record and Charles Klaver  by electronic means or U.S. Mail on July 27, 2015.
>
> S/Carol A. Pinegar
> Deputy Clerk

2